**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Diane  Mcpeek                                    CHAPTER 13

                              Debtor(s)

                                                        BKY. NO. 21-13161 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

        Kindly enter my appearance on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper
and index same on the master mailing list.

                                        Respectfully submitted,

                              /s/Rebecca Solarz

                              Rebecca Solarz
                              03 Dec 2021, 09:37:34, EST

                              KML Law Group, P.C.
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106-1532
                              (215) 627-1322

Document ID: 85b9cc326a22be47bb36da089b88e1ef57ace41c9e1aa0dbab500ded1ce83238