**Fill in this information to identify the case:**

Debtor 1 _____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _____
                                                                                                      (State)

Case number _____

Official Form 410S1

# Notice of Mortgage Payment Change         12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** _____     **Court claim no**. (if known): _____

**Last 4 digits** of any number you use to identify the debtor's account:    ____ ____ ____ ____

**Date of payment change:**
Must be at least 21 days after date of this notice     ____/____/_____

**New total payment:**     $ _____
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ❑ No
   ❑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
   _____

   **Current escrow payment:** $ _____     **New escrow payment:**    $ _____

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ❑ No
   ❑ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
   _____

   **Current interest rate:**     _____%     **New interest rate:**     _____%

   **Current principal and interest payment:** $ _____     **New principal and interest payment:** $ _____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ❑ No
   ❑ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   **Current mortgage payment:** $ _____     **New mortgage payment:**    $ _____

Debtor 1 _____    Case number (*if known*) _____
        First Name    Middle Name    Last Name

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

❏ I am the creditor.

❏ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ _____    Date ____/____/_____
  Signature

Print: _____    Title _____
      First Name    Middle Name    Last Name

Company _____

Address _____
      Number    Street

_____
City    State    ZIP Code

Contact phone (_____) _____–_____    Email _____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:  
Diane McPeek

Chapter #13  
Case No. 21-13161  
Honorable Patricia M Mayer

Debtor

_____/

## CERTIFICATE OF SERVICE

    I, Lynn A Grimm of Santander Bank, N.A., do hereby certify that on January 7, 2022, I caused to be served a copy of the Notice of Payment Change on the service list below by having a copy of the same mailed by the first class mail, postage prepaid or other method specified on service list.
    Signed under the penalties of perjury, this 7th day of January, 2022.

_____  
Lynn A Grimm  
Santander Bank, N.A.  
Bankruptcy Administrator  
450 Penn Street  
Reading, PA 19602  
(610) 988-0977  
Email: DeftBkr@santander.us

VIA US MAIL  
DIANE MCPEEK  
221 BAINBRIDGE CIR  
SINKING SPRING, PA 19608-1773

SCOTT F WATERMAN  
Trustee  
2901 SAINT LAWRENCE AVE STE 100  
READING, PA 19606-2265

VIA ECF  
DAVID S GELLERT  
Represented by  
DSGRDG@PTDPROLOG.NET

**STATEMENT OF ACCOUNT**

| | |
|---|---:|
| Account Number: | |
| Statement Period From: | 12/06/2021 |
| Statement Period Through: | 01/05/2022 |
| Days in Statement Period | 31 |
| Current Balance | 29,058.21 |
| Credit Line Amount: | 28,972.92 |
| Available Credit | 19.03 |
| **Minimum Payment:** | 104.32 |
| **Payment Due Date:** | 01/28/2022 |

RAYMOND R MCPEEK
DIANE MCPEEK
221 BAINBRIDGE CIR
SINKING SPG, PA 19608-1773

**IMPORTANT MESSAGES**

| | | | |
|---|---:|---|---:|
| Principal Due | $0.00 | Beginning Balance | $29,073.89 |
| **INTEREST CHARGE** Due | **$104.32** | Advances | $0.00 |
| Past Due Amount | $0.00 | Payments Received | $120.00 |
| Late Charges Due | $0.00 | **INTEREST CHARGE** | 104.32 |
| **Total Minimum Payment Due** | **$104.32** | Ending Balance | $29,058.21 |

**SUMMARY OF REVOLVING ACCOUNT BALANCE**

| | | | |
|---|---|---|---:|
| Periodic Rate From | 12/06/2021 | Periodic **INTEREST CHARGE** | $104.32 |
| Periodic Rate Through | 01/05/2022 | **ANNUAL PERCENTAGE RATE** | 4.2400 |
| Payment Amount | 104.32 | | |
| Daily Periodic Rate* | .0001161644 | | |
| Balance Subject to Interest Rate | $28,968.01 | Ending Principal | $28,953.89 |

　　* The daily periodic rate may vary

**TRANSACTION ACTIVITY SINCE YOUR LAST STATEMENT**

| Posting Date | Effective Date | Activity Description | Amount | Balance |
|---|---|---|---:|---:|
| | 12/06/2021 | BEGINNING PRINCIPAL | | 28,972.92 |
| 12/29/2021 | 12/29/2021 | PAYMENT RECEIVED - THANK YOU | 120.00 | 28,953.89 |
| | | TO PRINCIPAL | 19.03 | |
| | | ** INTEREST CHARGE ** | 100.97 | |
| | 01/05/2022 | ENDING PRINCIPAL | | 28,953.89 |

************************************************** **FEES** **************************************************

　　TOTAL FEES THIS PERIOD　　　　　　　　　　　　　　　　　　　　　　　0.00

****************************************** **INTEREST CHARGED** ******************************************

　　TOTAL INTEREST THIS PERIOD　　　　　　　　　　　　　　　　　　　　104.32

****************************************** **2022 TOTALS YEAR-TO-DATE** ******************************************

　　TOTAL FEES CHARGED　　　　　　　　　　　　　　　　　　　　　　　　0.00
　　TOTAL INTEREST CHARGED　　　　　　　　　　　　　　　　　　　　　104.32

*Please return this portion with your check*

| Account Number | Due Date | Payment Due | Amount Enclosed |
|---|---|---|---|
| | 01/28/2022 | 104.32 | |

RAYMOND R MCPEEK
DIANE MCPEEK
221 BAINBRIDGE CIR
SINKING SPG, PA 19608-1773

*Make Check Payable To:*

　　SANTANDER BANK, N.A.
　　P.O. BOX 16255
　　READING, PA 19612-6255