# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: :
    DIANE MCPEEK : Chapter 13
     :
    Debtor : Bankruptcy No. 21-13161 PMM

## ORDER

Upon consideration of the Objection of the Debtor to Proof of Claim No. 1 of Servhl Underlying Trust 2019-1, and after notice and opportunity for hearing, it is hereby

**ORDERED** that Proof of Claim No. 1 of Servhl Underlying Trust 2019-1 is hereby disallowed in its entirety.

BY THE COURT:

*Patricia M. Mayer*

**Date: April 7, 2022**

Patricia M. Mayer
United States Bankruptcy Judge