United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Diane McPeek  
    Debtor

Case No. 21-13161-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Apr 21, 2022      Form ID: 155      Total Noticed: 33

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Diane McPeek, 221 Bainbridge Circle, Sinking Spring, PA 19608-1773 |
| 14682325 | + | 450 Penn Street, MC: PA-450-FB1, Reading, PA 19602-1011 |
| 14652431 | ++ | AR RESOURCES INC, PO BOX 1056, BLUE BELL PA 19422-0287 address filed with court:, AR Resources, Inc., 1777 Sentry Pkwy. W., Blue Bell, PA 19422 |
| 14652430 | ++ | AR RESOURCES INC, PO BOX 1056, BLUE BELL PA 19422-0287 address filed with court:, AR Resources, Inc., P. O. Box 1056, Blue Bell, PA 19422 |
| 14652433 | + | Arcadia Recovery Bureau LLC, P. O. Box 6768, Reading, PA 19610-0768 |
| 14652435 | | Berks Center for Digestive Health, P. O. Box 003605, Boston, MA 02241-3605 |
| 14652440 | + | Digestive Disease Assoc., 1011 Reed Ave., Ste. 300, Wyomissing, PA 19610-2002 |
| 14652441 | + | Discover It Card, P. O. Box 30943, Salt Lake City, UT 84130-0943 |
| 14653475 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14652445 | | Penn State Health Medical Group, Radiology, P. O. Box 448, East Petersburg, PA 17520-0448 |
| 14652446 | | Penn State St Joseph Med Ctr, P. O. Box 316, Reading, PA 19603-0316 |
| 14652447 | + | PennState Health, 500 University Dr., Hershey, PA 17033-2360 |
| 14652448 | | Quest Diagnostics, P. O. Box 740775, Cincinnati, OH 45274-0775 |
| 14652450 | + | Raymond R. McPeek, II, 221 Bainbridge Circle, Sinking Spring, PA 19608-1773 |
| 14652451 | | Reading Hospital, P. O. Box 16051, Reading, PA 19612-6051 |
| 14663274 | + | Santander Bank N.A., c/o Kellie Rahl-Heffner, 33 S. 7th Street, Allentown, PA 18101-2436 |
| 14652453 | + | Service Finance Company LLC, 555 S. Federal Hwy., Ste. 200, Boca Raton, FL 33432-6033 |
| 14652454 | | Tower Health, P. O. Box 16051, Reading, PA 19612-6051 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14652431 | | Email/Text: collectors@arresourcesinc.com | Apr 21 2022 23:55:00 | AR Resources, Inc., 1777 Sentry Pkwy. W., Blue Bell, PA 19422 |
| 14652430 | | Email/Text: collectors@arresourcesinc.com | Apr 21 2022 23:55:00 | AR Resources, Inc., P. O. Box 1056, Blue Bell, PA 19422 |
| 14652434 | | Email/Text: legal@arsnational.com | Apr 21 2022 23:55:00 | ARS National Services, Inc., P.O. Box 469100, Escondido, CA 92046-9100 |
| 14652432 | + | Email/Text: rperez@arcadiarecovery.com | Apr 21 2022 23:55:00 | Arcadia Recovery Bureau, 645 Penn St., Suite 400, Reading, PA 19601-3559 |
| 14652436 | | Email/Text: cms-bk@cms-collect.com | Apr 21 2022 23:55:00 | Capital Management Services, 698-1/2 S. Ogden St., Buffalo, NY 14206-2317 |
| 14652437 | + | Email/Text: bankrupt@choicerecovery.com | Apr 21 2022 23:55:00 | Choice Recovery Inc., 1105 Schrock Rd., Ste. 700, Columbus, OH 43229-1168 |
| 14652438 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 22 2022 00:02:50 | Citi Card, P. O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14652439 | | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 21 2022 23:55:00 | Credit Collection Services, P. O. Box 337, Norwood, MA 02062-0337 |
| 14683182 | + | Email/Text: dsgrdg@ptdprolog.net | | |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 21, 2022 | Form ID: 155 | Total Noticed: 33 |

|  |  |  | Apr 21 2022 23:55:00 | David S. Gellert, Esquire, David S. Gellert, P.C., 3506 Perkiomen Avenue, Reading, PA 19606-2711 |
|---|---|---|---|---|
| 14652442 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 21 2022 23:55:00 | Mr. Cooper, P. O. Box 619094, Dallas, TX 75261-9094 |
| 14667044 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 21 2022 23:55:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14652443 |  | Email/PDF: cbp@onemainfinancial.com | Apr 22 2022 00:02:55 | OneMain, Spring Towne Center, 2663 Shillington Rd., Ste. E, Sinking Spring, PA 19608-1758 |
| 14652444 |  | Email/PDF: cbp@onemainfinancial.com | Apr 22 2022 00:02:50 | OneMain, P. O. Box 1010, Evansville, IN 47706-1010 |
| 14652449 | + | Email/Text: ngisupport@radiusgs.com | Apr 21 2022 23:55:00 | Radius Global Solutions LLC, P. O. Box 390905, Mail Code CBK10, Minneapolis, MN 55439-0905 |
| 14652452 |  | Email/Text: DeftBkr@santander.us | Apr 21 2022 23:55:00 | Santander Bank, Mail Code: 10-421-CN2, P. O. Box 12646, Reading, PA 19612-2646 |
| 14652453 | + | Email/Text: servicing@svcfin.com | Apr 21 2022 23:55:00 | Service Finance Company LLC, 555 S. Federal Hwy., Ste. 200, Boca Raton, FL 33432-6033 |
| 14652455 |  | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 21 2022 23:55:00 | Toyota Financial Services, P. O. Box 8026, Cedar Rapids, IA 52409-8026 |
| 14665083 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Apr 21 2022 23:55:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2022            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2022 at the address(es) listed below:

**Name**           **Email Address**

DAVID S. GELLERT
           on behalf of Debtor Diane McPeek dsgrdg@ptdprolog.net

KELLIE LYNNE RAHL-HEFFNER
           on behalf of Creditor Santander Bank  N.A. krahl-heffner@grossmcginley.com, jkacsur@grossmcginley.com;jpraedin@grossmcginley.com

REBECCA ANN SOLARZ
           on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 21, 2022 | Form ID: 155 | Total Noticed: 33 |

SCOTT F. WATERMAN (Chapter 13)
        ECFMail@ReadingCh13.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Diane McPeek
      Debtor(s)                                   Chapter: 13

                                                          Bankruptcy No: 21−13161−pmm

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

     AND NOW, this April 21, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

     A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

     B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

     C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                            Patricia M. Mayer
                                                            Judge ,
                                                            United States Bankruptcy Court