# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|     DIANE MCPEEK | : | Chapter 13 |
| | : | |
|     Debtor | : | Bankruptcy No. 21-13161 PMM |

## CERTIFICATION OF NO OBJECTION

AND NOW, this 3rd day of May, 2022, David S. Gellert, Esquire, of David S. Gellert, P.C., attorney for the above-captioned Debtor, hereby certifies that no unresolved objection was filed or served on him with respect to the Notice dated April 11, 2022 of the filing of the Application for Compensation and Reimbursement of Expenses.

It is further certified that no other application for administrative expense has been filed.

Dated:  May 3, 2022                         s/   David S. Gellert
                                                      David S. Gellert, Esquire
                                                        David S. Gellert, P.C.
                                                        3506 Perkiomen Avenue
                                                        Reading, PA 19606
                                                        (610) 779-8000
                                                        Fax: (610) 370-1393
                                                        dsgrdg@ptdprolog.net