| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 21-13161-PMM

Diane McPeek  
221 Bainbridge Circle  
Sinking Spring  PA    19608

Petition Filed Date: 11/29/2021  
341 Hearing Date: 01/11/2022  
Confirmation Date: 04/21/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/28/2021 | $200.00 | | 01/27/2022 | $200.00 | | 03/01/2022 | $200.00 | |
| 03/28/2022 | $200.00 | | 04/27/2022 | $200.00 | | 05/31/2022 | $200.00 | |
| 06/29/2022 | $200.00 | | 07/27/2022 | $200.00 | | | | |

**Total Receipts for the Period:  $1,600.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $1,600.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | SERVICE FINANCE CO., LLC<br>»» 001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | SANTANDER BANK NA<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | TOYOTA MOTOR CREDIT CORP<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | DAVID S GELLERT ESQ | Attorney Fees | $4,928.22 | $1,288.00 | $3,640.22 |
| 4 | NATIONSTAR MORTGAGE LLC<br>»» 004 | Mortgage Arrears | $99.63 | $0.00 | $99.63 |

Chapter 13 Case No. 21-13161-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,600.00 | Current Monthly Payment: | $200.00 |
| Paid to Claims: | $1,288.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $128.00 | Total Plan Base: | $6,200.00 |
| Funds on Hand: | $184.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.