| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 21-13161-PMM**

| | |
|---|---|
| Diane McPeek | Petition Filed Date: 11/29/2021 |
| 221 Bainbridge Circle | 341 Hearing Date: 01/11/2022 |
| Sinking Spring  PA    19608 | Confirmation Date: 04/21/2022 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/29/2022 | $200.00 | | 09/27/2022 | $200.00 | | 10/27/2022 | $200.00 | |
| 11/29/2022 | $200.00 | | 12/28/2022 | $200.00 | | 01/27/2023 | $200.00 | |
| 02/28/2023 | $200.00 | | 03/27/2023 | $200.00 | | 04/27/2023 | $200.00 | |
| 05/30/2023 | $200.00 | | 06/27/2023 | $200.00 | | 07/27/2023 | $200.00 | |

**Total Receipts for the Period: $2,400.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $4,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | SERVICE FINANCE CO., LLC  »» 001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | SANTANDER BANK NA  »» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | TOYOTA MOTOR CREDIT CORP  »» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | DAVID S GELLERT ESQ | Attorney Fees | $4,928.22 | $3,490.00 | $1,438.22 |
| 4 | NATIONSTAR MORTGAGE LLC  »» 004 | Mortgage Arrears | $99.63 | $0.00 | $99.63 |

Chapter 13 Case No. 21-13161-PMM

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,000.00 | Current Monthly Payment: | $200.00 |
| Paid to Claims: | $3,490.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $328.00 | Total Plan Base: | $6,200.00 |
| Funds on Hand: | $182.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.