United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-13161-pmm |
| Diane McPeek | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: May 29, 2024 | Form ID: 138OBJ | Total Noticed: 36 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Diane McPeek, 221 Bainbridge Circle, Sinking Spring, PA 19608-1773 |
| 14682325 | + | 450 Penn Street, MC: PA-450-FB1, Reading, PA 19602-1011 |
| 14652435 | | Berks Center for Digestive Health, P. O. Box 003605, Boston, MA 02241-3605 |
| 14652440 | + | Digestive Disease Assoc., 1011 Reed Ave., Ste. 300, Wyomissing, PA 19610-2002 |
| 14652441 | + | Discover It Card, P. O. Box 30943, Salt Lake City, UT 84130-0943 |
| 14652445 | | Penn State Health Medical Group, Radiology, P. O. Box 448, East Petersburg, PA 17520-0448 |
| 14652446 | | Penn State St Joseph Med Ctr, P. O. Box 316, Reading, PA 19603-0316 |
| 14652447 | + | PennState Health, 500 University Dr., Hershey, PA 17033-2360 |
| 14652450 | + | Raymond R. McPeek, II, 221 Bainbridge Circle, Sinking Spring, PA 19608-1773 |
| 14652451 | | Reading Hospital, P. O. Box 16051, Reading, PA 19612-6051 |
| 14663274 | + | Santander Bank N.A., c/o Kellie Rahl-Heffner, 33 S. 7th Street, Allentown, PA 18101-2436 |
| 14652454 | | Tower Health, P. O. Box 16051, Reading, PA 19612-6051 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | May 29 2024 23:57:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 29 2024 23:58:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14652431 | | Email/Text: collectors@arresourcesinc.com | May 29 2024 23:57:00 | AR Resources, Inc., 1777 Sentry Pkwy. W., Blue Bell, PA 19422 |
| 14652430 | | Email/Text: collectors@arresourcesinc.com | May 29 2024 23:57:00 | AR Resources, Inc., P. O. Box 1056, Blue Bell, PA 19422 |
| 14652434 | | Email/Text: legal@arsnational.com | May 29 2024 23:57:00 | ARS National Services, Inc., P.O. Box 469100, Escondido, CA 92046-9100 |
| 14652432 | + | Email/Text: rperez@arcadiarecovery.com | May 29 2024 23:58:00 | Arcadia Recovery Bureau, 645 Penn St., Suite 400, Reading, PA 19601-3559 |
| 14652433 | ^ | MEBN | May 29 2024 23:55:26 | Arcadia Recovery Bureau LLC, P. O. Box 6768, Reading, PA 19610-0768 |
| 14652436 | | Email/Text: cms-bk@cms-collect.com | May 29 2024 23:57:00 | Capital Management Services, 698-1/2 S. Ogden St., Buffalo, NY 14206-2317 |
| 14652437 | + | Email/Text: aalegalforwarding@wakeassoc.com | May 29 2024 23:57:00 | Choice Recovery Inc., 1105 Schrock Rd., Ste. 700, Columbus, OH 43229-1168 |
| 14652438 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 30 2024 00:08:13 | Citi Card, P. O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14652439 | | Email/Text: bankruptcy_notifications@ccsusa.com | May 29 2024 23:58:00 | Credit Collection Services, P. O. Box 337, Norwood, MA 02062-0337 |

| Recipient ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| 14683182 | + | Email/Text: dsgrdg@ptdprolog.net | May 29 2024 23:57:00 | David S. Gellert, Esquire, David S. Gellert, P.C., 3506 Perkiomen Avenue, Reading, PA 19606-2711 |
| 14652442 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 29 2024 23:57:00 | Mr. Cooper, P. O. Box 619094, Dallas, TX 75261-9094 |
| 14653475 | ^ | MEBN | May 29 2024 23:55:26 | Nationstar Mortgage LLC d/b/a Mr. Cooper, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14667044 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 29 2024 23:57:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14807115 | + | Email/Text: mtgbk@shellpointmtg.com | May 29 2024 23:57:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14652443 | | Email/PDF: cbp@omf.com | May 30 2024 00:08:32 | OneMain, Spring Towne Center, 2663 Shillington Rd., Ste. E, Sinking Spring, PA 19608-1758 |
| 14652444 | | Email/PDF: cbp@omf.com | May 30 2024 00:08:31 | OneMain, P. O. Box 1010, Evansville, IN 47706-1010 |
| 14652448 | | Email/Text: BankruptcyMail@questdiagnostics.com | May 29 2024 23:58:00 | Quest Diagnostics, P. O. Box 740775, Cincinnati, OH 45274-0775 |
| 14652449 | + | Email/Text: ngisupport@radiusgs.com | May 29 2024 23:57:00 | Radius Global Solutions LLC, P. O. Box 390905, Mail Code CBK10, Minneapolis, MN 55439-0905 |
| 14652452 | | Email/Text: DeftBkr@santander.us | May 29 2024 23:57:00 | Santander Bank, Mail Code: 10-421-CN2, P. O. Box 12646, Reading, PA 19612-2646 |
| 14652453 | + | Email/Text: servicing@svcfin.com | May 29 2024 23:57:00 | Service Finance Company LLC, 555 S. Federal Hwy., Ste. 200, Boca Raton, FL 33432-6033 |
| 14652455 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | May 29 2024 23:57:00 | Toyota Financial Services, P. O. Box 8026, Cedar Rapids, IA 52408-8026 |
| 14665083 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | May 29 2024 23:57:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 31, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2024 at the address(es) listed below:

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: May 29, 2024 | Form ID: 138OBJ | Total Noticed: 36

| Name | Email Address |
|---|---|
| DAVID S. GELLERT | on behalf of Debtor Diane McPeek dsgrdg@ptdprolog.net |
| DENISE ELIZABETH CARLON | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com |
| KELLIE LYNNE RAHL-HEFFNER | on behalf of Creditor Santander Bank  N.A. krahl-heffner@grossmcginley.com, jkacsur@grossmcginley.com;jpraedin@grossmcginley.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING mimcgowan@raslg.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Diane McPeek

    Debtor(s)

Case No: 21−13161−pmm

Chapter: 13

___

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    United States Bankruptcy Court
    Office of the Clerk, Gateway Building
    201 Penn Street, 1st Floor
    Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 5/29/24

44 − 42
Form 138OBJ